■ ANGELO ANDALORO, JR., an Infant, by STELLA ANDALORO, His Mother, Appellant, v. LEO ORETO et al., Respondents. (Action No. 1.) — JACOB M. OFFENHENDER, as Executor of ANGELO ANDALORO, Deceased, Respondent-Appellant, v. LEO ORETO et al., Appellants-Respondents, et al., Defendants. (Action No. 2.)

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

■ ROSI BARBALATO, Appellant, v. FRANK BARBALATO, Respondent.—

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.